# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NOS. 1:06CR14 & 1:06CR261

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | O R D E R |
| | ) | |
| ADRIAN BRANDON WILLIAMS | ) | |

THIS MATTER is before the Court on the Defendant's motion to continue the sentencing hearing from the November 27, 2006, calendar.

For the reasons stated in the motion and for good cause shown,

IT IS, THEREFORE, ORDERED that the Defendant's motion for continuance is ALLOWED, and this case is continued from the November 27, 2006, calendar and is hereby RESCHEDULED for hearing on TUESDAY, NOVEMBER 28, 2006, AT 3:00 PM, in Asheville, North Carolina.

2

Signed: November 14, 2006

Lacy H. Thornburg
United States District Judge